GANDÍA, PLAINTIFF AND APPELLEE, *v.* PORTO RICO FERTILIZER
COMPANY, DEFENDANT AND APPELLANT.

APPEAL from the District Court of San Juan.

No. 2291.—Decided March 10, 1921.

Decided on the grounds of the opinion delivered in the case of *Gandía* v. *Stubbe,*
*ante,* page 141.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, Del Toro,
Aldrey and Hutchison concurred.